IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIAMOND KING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-903-K |
| | § | |
| ACADEMY OF AMERICA, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Diamond King, who is proceeding *pro se* and *in forma pauperis*, asserts, on her behalf and on behalf of her minor children, claims that are primarily based on alleged violations of federal civil rights statutes that protect individuals with disabilities.

United States Magistrate Judge David L. Horan made findings and conclusions recommending that, unless King satisfactorily shows through timely objections a basis to amend the complaint to allege a plausible claim, the Court should dismiss this lawsuit – with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted as to King and without prejudice to the extent that she also asserts claims on behalf of her minor son(s) [Dkt. No. 8] ("FCR").

King objected to the FCR and moved to amend her claims. *See* Dkt. Nos. 8 & 9.

Judge Horan then entered a supplemental FCR to address these filings and

recommended that the Court deny the request for leave to amend and dismiss this lawsuit (with prejudice as to King and without prejudice to the extent that she also asserts claims on behalf of her minor children) [Dkt. No. 10] ("Supplemental FCR").

And King objected to the Supplemental FCR and again moved to amend her claims. *See* Dkt. Nos. 12 & 13.

The District Court reviewed *de novo* those portions of the FCR and the Supplemental FCR to which objections were made and reviewed the remaining portions for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 8] and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 11].

And the District Court will enter a separate judgment denying King's requests for leave to amend and dismissing this lawsuit.

SO ORDERED.

Signed June 11th, 2024.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE